# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-407-DCK

| | |
|---|---|
| KEISHA AGNEW, )<br>)<br>    **Plaintiff,** )<br>)<br>   **v.** )<br>)<br>ANDREW M. SAUL, )<br>**Commissioner of Social Security,** )<br>)<br>    **Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Consent Motion For Reversal And Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g)" (Document No. 18) filed June 4, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, Defendant "moves this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision and remanding this case for further administrative proceedings." (Document No. 18, p. 1) (citing Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991)). Defendant notes that "[u]nder sentence four of 42 U.S.C. § 405(g), this Court has the power 'to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing.'" Id. Plaintiff's counsel does not oppose Defendant's request to remand. (Document No. 18-1, p. 2).

**IT IS, THEREFORE, ORDERED** that Defendant's "Consent Motion For Reversal And Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g)" (Document No. 18) is **GRANTED**. This matter is **REMANDED** to Defendant for further consideration and proceedings.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion For Summary Judgment" (Document No. 16) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: June 7, 2021

David C. Keesler
United States Magistrate Judge